CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

June 13, 2025
LAURA A. AUSTIN, CLERK
BY:
      s/B. McAbee
      DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

KATHY WALLACE,                      )
                                    )
            Plaintiff,              )
                                    )        Civil Action No. 4:25-cv-00009-TTC-JCH
      v.                            )
                                    )
FRANK BISIGNANO,                    )
Commissioner of Social Security     )
                                    )
            Defendant.              )

JUDGMENT ORDER

AND NOW, this  13th  day of  June          , 2025, the Court having separately ordered

the remand of this action for further administrative proceedings pursuant to the fourth sentence of

42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of

the Federal Rules of Civil Procedure.


                              BY THE COURT:


                              _____
                                                              J.